UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>WILLIAM CABAN          )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 03 CR 10357 NG<br>Case No.<br><br>Violations:<br>18 U.S.C. §922(g)(1) -<br>   Possession of a Firearm<br>   and Ammunition by a<br>   Convicted Felon<br>21 U.S.C. §841(a)(1) -<br>   Possession of Cocaine<br>   With Intent to Distribute<br>18 U.S.C. §924(c)(1)(A) -<br>   Possession of a Firearm<br>   in Furtherance of a Drug<br>   Trafficking Crime |

### INDICTMENT

**COUNT ONE:**   18 U.S.C. §922(g)(1) - Possession of a Firearm and Ammunition by a Convicted Felon

The Grand Jury charges that:

On or about October 29, 2003, in Dorchester, in the District of Massachusetts,

**WILLIAM CABAN,**

defendant herein, did knowingly possess, in and affecting commerce, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, a firearm, to wit: a Calwestco, Model Jennings J-22, .22 caliber, semi-automatic pistol, bearing serial number 424108, and five rounds of .22 caliber ammunition; a Bryco Arms, Model Jennings J-22, .22 caliber semi-automatic pistol, bearing serial number 725497, and one round of .22 caliber ammunition; a Titan, .25 caliber, semi-

automatic pistol, bearing serial number D922233, and six rounds of .25 caliber ammunition; and a Smith & Wesson, Model 36-6, .38 caliber revolver, bearing serial number BEA8699, and one round of .38 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT TWO</u>:   21 U.S.C. §841(a)(1) - **Possession of Cocaine With Intent to Distribute**

The Grand Jury further charges that:

On or about October 29, 2003, in Dorchester, in the District of Massachusetts,

**WILLIAM CABAN,**

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT THREE</u>:   18 U.S.C. §924(c)(1)(A)- Possession of a Firearm in Furtherance of a Drug Trafficking Crime

The Grand Jury further charges that:

On or about October 29, 2003, in Dorchester, in the District of Massachusetts,

**WILLIAM CABAN,**

defendant herein, did possess a firearm, to wit: a Calwestco, Model Jennings J-22, .22 caliber, semi-automatic pistol, bearing serial number 424108; a Bryco Arms, Model Jennings J-22, .22 caliber semi-automatic pistol, bearing serial number 725497; a Titan, .25 caliber, semi-automatic pistol, bearing serial number D922233; and a Smith & Wesson, Model 36-6, .38 caliber revolver, bearing serial number BEA8699, in furtherance of a drug trafficking crime, to wit: possession with the intent to distribute a controlled substance, as charged in Count Two of this indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

_William [signature]_
FOREPERSON OF GRAND JURY

_William H. Connolly [signature]_
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, November 20, 2003.

Returned into the District Court by the Grand Jurors and filed.

_[signature]_
Deputy Clerk
11-20-03 at 1:55PM