UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10357-NG

UNITED STATES OF AMERICA

v.

WILLIAM CABAN

## MEMORANDUM AND ORDER OF DETENTION

December 9, 2003

DEIN, M.J.

The defendant is charged in a multi-count indictment with possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1), possession of cocaine with intent to distribute in violation of 21 U.S.C. § 841(a)(1), and possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A). An initial appearance was held on November 26, 2003, at which time the government moved for a detention hearing on the grounds that the defendant poses a danger to the community (18 U.S.C. § 3142 (f)(1)(A), (B) & (C)) and a serious risk of flight (18 U.S.C. § 3142 (f)(2)(A)). A detention hearing was scheduled for December 2, 2003, at which time the defendant was represented by counsel. The hearing was continued to December 9, 2003, at which time the defendant was again represented by counsel. At the hearing the defendant, through counsel, waived his right to a detention hearing at this time, and consented to an order of detention.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1)     That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing for the purpose of considering conditions of release, regardless whether there have been changed circumstances.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge