AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

William Caban DOB 10/22/78
61 Ceylon Street, Apartment #1, Dorchester, MA

**WARRANT FOR ARREST**

CASE NUMBER: 03 CR 10357 NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _William Caban_
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Felon in possession of a firearm; possession with intent to distribute cocaine; and possession of a firearm in furtherance of drug trafficking

In violation of Title _18; 21; 18_ United States Code, Section(s) _922(g)(1); 841(a)(1); 924(c)(1)(A)_

Catherine M. Crawlik
Name of Issuing Officer

Catherine M. Crawlik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

11/21/03 Boston
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/26/03

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.