IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION |
| v. | ) | NO. 03-10357-NG |
| WILLIAM CABAN | ) |  |

## JOINT INITIAL STATUS CONFERENCE REPORT

The United States of America, by Assistant U.S. Attorney William H. Connolly, and the defendant William Caban, by counsel Martin Richey, Esq., jointly submit this memorandum pursuant to L.R. 116.5(A)(1)-(A)(7).

**(1) Whether relief should be granted from the otherwise applicable timing requirements imposed by L.R. 116.3:**

No.

**(2) Whether the defendant requests discovery concerning expert witnesses under Fed.R.Crim.P. 16(a)(1)(E):**

Yes, the defendant requests discovery concerning expert witnesses. The government will be required to present such discovery no less than ~~fourteen~~ 30 days before the scheduled trial date. The defendant will provide reciprocal expert discovery no later than ~~seven~~ 15 days before the scheduled trial date.

**(3) Additional Discovery:**

The government will provide the defendant with a Boston Police report prepared by Boston Police Detective Eric Bullman.

**(4) Should motion date be established?**

Yes.

**(5) Periods of Excludable Delay:**

Both parties agree to exclude the period from January 13, 2004, to the date set for the government to respond to defendant's motion to suppress.

**(6) Is trial anticipated?**

Uncertain at this time.  Should the matter proceed to trial, the case will take approximately four days.

**(7) Date for interim status conference:**

The parties do not request an interim status conference.


William Caban
Defendant

By: _Mun L. Michery_
Martin Richey, Esq.
Attorney for Defendant

MICHAEL J. SULLIVAN
United States Attorney

By: _____
William H. Connolly
Assistant U.S. Attorney