UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )     CRIMINAL NO. 03-10357-NG<br>)<br>WILLIAM CABAN         )<br>) | |

DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE FINAL STATUS CONFERENCE, EXTEND TIME FOR FILING MOTION TO SUPPRESS, AND TO EXCLUDE TIME

Defendant, with the assent of the government, respectfully moves this Court to (1) continue the final status conference in this matter, originally scheduled for February 23, 2004, to a date in late March; (2) continue the date upon which defendant's motion to suppress is due to March 31, 2004; and (3) to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the time from February 23, 2004 to March 31, 2004 from the time within which trial must commence in this case.

As grounds for this motion, government counsel, Assistant United States Attorney William Connolly, was unexpectedly called away on a family emergency on February 23, 2004. Further, the government has indicated that it intends to provide defendant with additional discovery that bears directly upon defendant's Motion to Suppress. The time requested herein will enable the government to provide defendant with the additional discovery, and defendant to review the discovery and prepare the Motion to Suppress.

Assistant United States Attorney William Connolly assents to this motion.

                      WILLIAM CABAN
                      By his attorney,

*[signature]*
J. Martin Richey
BBO# 559902
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA 02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney William Connolly by delivery on February 25, 2004.

*[signature]*
J. Martin Richey