UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10357-NG

UNITED STATES OF AMERICA

v.

WILLIAM CABAN

## NOTICE OF RESCHEDULED STATUS CONFERENCE

March 1, 2004

DEIN, M.J.

PLEASE TAKE NOTICE that in accordance with the defendant's request, and the government's assent thereto, the final status conference has been rescheduled to Wednesday, March 31, 2004, at 10:00 A.M.

**Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge