UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10357-NG

UNITED STATES OF AMERICA

v.

WILLIAM CABAN

**FURTHER ORDER ON EXCLUDABLE TIME**

March 31, 2004

DEIN, M.J.

An Interim Status Conference was held before this Court on March 31, 2004. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 31, 2004 - May 17, 2004

that being the time between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of this court dated December 2, 2003, January 13, 2004, March 1, 2004, and this order, as of May 17, 2004, there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (December 30, 2003 - January 12, 2004) and fifty-six (56) days remaining under the Speedy Trial Act in which this case must be tried.

                                                   / s / Judith Gail Dein
                                                   JUDITH GAIL DEIN

                                        United States Magistrate Judge