IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION |
| v. | ) ) | NO. 03-10357-NG |
| WILLIAM CABAN | ) | |

### JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this Joint Memorandum For Final Status Conference pursuant to Local Rule 116.5(C).

1. The government has provided and made available discovery. There are no outstanding discovery issues.

2. Neither party anticipates providing additional discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. The defendant will be filing a motion to suppress evidence.

6. A schedule should be set for the filing of and response to defendant's motion to suppress. The parties hereby request an extension of approximately 45 days for the filing of motions.

7. It is uncertain at this time whether the case will be resolved prior to trial.

8. The parties hereby agree to the periods already excluded by order of this Court. The parties further agree to exclude

the time between March 31, 2004, and the new date set for the filing of motions.

9.  If required, the parties anticipate that trial should take not more than five days.

| | |
|---|---|
| William Caban<br>Defendant<br><br>By: _/s/ Martin Richey_<br>Martin Richey, Esq.<br>Attorney for Defendant | MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: _/s/ William H. Connolly_<br>William H. Connolly<br>Assistant U.S. Attorney |