UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10357-NG |
| | ) | |
| WILLIAM CABAN | ) | |

**DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE FINAL STATUS CONFERENCE, EXTEND TIME FOR FILING MOTION TO SUPPRESS, AND TO EXCLUDE TIME**

Defendant, with the assent of the government, respectfully moves this Court to (1) continue the final status conference in this matter, previously scheduled for May 17, 2004, to a date in late June; (2) continue the date upon which defendant's motion to suppress is due to June 30, 2004; and (3) to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the time from May 17, 2004 to the re-scheduled date of the final status conference from the time within which trial must commence in this case.

As grounds for this motion, undersigned counsel, due to the press of business, has been unable to fully review the discovery and prepare the Motion to Suppress.

Assistant United States Attorney William Connolly assents to this motion.

> WILLIAM CABAN
> By his attorney,
>
> */s/ J. Martin Richey*
> J. Martin Richey
>    BBO# 559902
> Federal Defender Office
> 408 Atlantic Ave., 3rd Floor
> Boston, MA  02210
> Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney William Connolly by delivery on May 19, 2004.

> */s/ J. Martin Richey*
> J. Martin Richey