UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
03-10357-NG

UNITED STATES OF AMERICA

v.

WILLIAM CABAN

**FINAL STATUS REPORT**

June 29, 2004

DEIN, M.J.

A Final Status Conference was held before this court on Tuesday, June 29, 2004, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report and orders, to wit:

1. Discovery is completed.

2. There are no outstanding or anticipated discovery issues.

3. The defendant intends to file a motion to suppress. The motion is to be filed by July 9, 2004 and the government's response shall be filed by July 23, 2004.

4. Based upon the prior orders of this court dated December 2, 2003, January 13, 2004, March 1, 2004, March 31, 2004, May 25, 2004 and the order entered herewith, **as of July 23, 2004, there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (December 30, 2003 - January 12, 2004) and fifty-six (56) days remaining under the Speedy Trial Act in which this case must be tried.** The court has, on this date, entered an order excluding the time from this date through July 23, 2004, the date by which the government's response to the anticipated motion to suppress is due. The filing of any motions shall cause additional excludable time for Speedy Trial Act purposes.

5.  It appears at this time that a trial will be necessary. It is estimated that if the case goes to trial, the trial will last approximately five (5) days.

6.  The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                               / s / Judith Gail Dein
                               JUDITH GAIL DEIN
                               UNITED STATES MAGISTRATE JUDGE