UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10357-NG

UNITED STATES OF AMERICA

v.

WILLIAM CABAN

## FURTHER ORDER ON EXCLUDABLE TIME

June 29, 2004

DEIN, M.J.

A Final Status Conference was held before this Court on June 29, 2004. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 29, 2004 - July 23, 2004

that being the time between the Final Status Conference and the date by which the government is to respond to the defendant's motion to suppress.

Based upon the prior orders of this court dated December 2, 2003, January 13, 2004, March 1, 2004, March 31, 2004, May 25, 2004 and this order, as of July 23, 2004, there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (December 30, 2003 - January 12, 2004) and fifty-six (56) days remaining under the Speedy Trial Act in which this case must be tried.

                    / s / Judith Gail Dein
                    JUDITH GAIL DEIN

                                      United States Magistrate Judge