UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  v.                      )  CRIMINAL NO. 03-10357-NG<br>)<br>WILLIAM CABAN              ) | |

DEFENDANT'S ASSENTED-TO MOTION
TO ENLARGE TIME IN WHICH TO FILE MOTION TO SUPPRESS

Defendant, with the assent of the government, respectfully requests an additional week to file his Motion to Suppress. As grounds, undersigned counsel was unable to finish and file the motion this past Friday (July 9, 2004), the date previously set by the Court. Defendant requests that the Court permit him to file the motion by July 16, 2004.

Defendant further moves to enlarge the government's response time from July 23, 2004 to July 30, 2004, and agrees to exclude, for Speedy Trial purposes, July 23, 2004 through July 30, 2004.

                                        WILLIAM CABAN
                                        By his attorney,

                                        /s/

                                        J. Martin Richey
                                          BBO# 559902
                                        Federal Defender Office
                                        408 Atlantic Ave., 3rd Floor
                                        Boston, MA  02210
                                        Tel: 617-223-8061