UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10357-NG |
| ) | |
| WILLIAM CABAN ) | |

DEFENDANT'S MOTION TO SUBMIT
<u>UNSIGNED AFFIDAVIT OF TONY BRUNO</u>

    Defendant, William Caban, moves this Court to allow him to submit as Exhibit E to his Motion to Suppress Evidence an unsigned affidavit of Tony Bruno, and to substitute the unsigned copy with a signed original as soon as reasonably possible. As grounds for this motion, counsel has been unable to obtain a signed copy of Mr. Bruno's affidavit prior to today.

                                        WILLIAM CABAN
                                        By his attorney,

                                        <u>/s/J. Martin Richey</u>

                                        J. Martin Richey
                                           BBO# 559902
                                        Federal Defender Office
                                        408 Atlantic Ave., 3rd Floor
                                        Boston, MA  02210
                                        Tel: 617-223-8061