UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 03-10357-NG |
| | ) | |
| WILLIAM CABAN | ) | |
| | ) | |

<u>ASSENTED-TO MOTION TO EXTEND TIME FOR FILING</u>

The government hereby requests an extension of time within which the government must respond to the defendant's motion to suppress evidence. The government's response to the defendant's motion to suppress is presently due on July 30, 2004.

As grounds for this motion, the government states that the defendant was granted an extension of time (with the government's assent) for the filing of his motion to suppress. As a result of this extension, the government's response became due on July 30, 2004, which is the Friday of Democratic National Convention week. AUSA William H. Connolly is expected to work a reduced schedule that week and will therefore be unable to devote sufficient time to adequately respond to the defendant's motion to suppress. The government hereby requests a two-week extension to August 13, 2004 for the filing of its response.

    Defense counsel Martin Richey has assented to this request for an extension.

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:  <u>/s/ William H. Connolly</u>
                           William H. Connolly
                           Assistant U.S. Attorney

DATE:    July 22, 2004