UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 03-10357-NG |
| | ) | |
| WILLIAM CABAN | ) | |
| | ) | |

<u>ASSENTED-TO MOTION TO EXTEND TIME FOR FILING</u>

    The government hereby requests an extension of time within which the government must respond to the defendant's motion to suppress evidence.  The government's response to the defendant's motion to suppress was originally due on July 30, 2004.  On July 22, 2004, the government filed a motion to extend the time for filing to August 13, 2004.  That motion is still pending.  The government hereby requests a further extension to Friday, September 3, 2004, to file its response.

    As grounds for the present motion,  the government states that with the press of other business AUSA Connolly has had insufficient time to adequately research and respond to the issues raised in the defendant's motion.  AUSA Connolly has spoken to defense counsel Martin Richey regarding this request for additional time.  Defense counsel assents to this request and has stated that he will have sufficient to review the government's response in advance of the suppression hearing, which is currently scheduled for September 29, 2004.

WHEREFORE, the government requests, with the assent of the defendant, that the time for filing the government's response be extended to September 3, 2004.

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                      By:   /s/ William H. Connolly
                                William H. Connolly
                                Assistant U.S. Attorney

DATE:     August 25, 2004