UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 03-10357-NG |
| WILLIAM CABAN | ) ) ) | |

ASSENTED-TO MOTION TO CONTINUE SUPPRESSION HEARING

    The United States, by and through Assistant United States Attorney William H. Connolly, respectfully requests a continuance of the hearing on the defendant's motion to suppress, currently scheduled for October 21, 2004.  As grounds for this motion, the government states that AUSA Connolly has a scheduling conflict, in that he has another suppression hearing scheduled for the same day in front of Judge Wolf in the case of <u>United States v. Junior Lopes</u>, which is expected to last most of the day.  When the Lopes' hearing was scheduled, the Caban hearing was scheduled to begin on September 29, 2004.  As the Court is aware, the Caban hearing was rescheduled because of a conflict in the Court's schedule.  Defense Counsel Martin Richey assents to this request for a continuance.

Respectfully submitted,

<u>/s/ William H. Connolly</u>
WILLIAM H. CONNOLLY
Assistant U.S. Attorney

October 12, 2004

-1-

DATE:     October 12, 2004