UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                        )<br>)<br>WILLIAM CABAN               ) | CRIMINAL NO. 03-10357-NG |

DEFENDANT'S ASSENTED-TO MOTION TO
CONTINUE HEARING ON MOTION TO SUPPRESS

Defendant, with the assent of the government, respectfully moves this Court to continue the hearing on his Motion to Suppress (presently scheduled for February 7, 2005 at 2:30 p.m.) to a date after March 1, 2005.

As grounds for this motion, undersigned counsel has a scheduling conflict, and is required to appear at a sentencing hearing in another matter at 2:30 on February 7.

Defendant assents to the exclusion of time from the Speedy Trial calculation for any delay caused by the continuance requested herein.

Assistant United States Attorney William Connolly assents to this motion.

                                          WILLIAM CABAN
                                          By his attorney,

                                          /s/ J. Martin Richey
                                          J. Martin Richey
                                            BBO# 559902
                                          Federal Defender Office
                                          408 Atlantic Ave., 3rd Floor
                                          Boston, MA  02210
                                          Tel: 617-223-8061

January 27, 2005