UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10357-NG |
| | ) | |
| WILLIAM CABAN | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO
CONTINUE HEARING ON MOTION TO SUPPRESS

Defendant, with the assent of the government, respectfully moves this Court to briefly continue the hearing on his Motion to Suppress (presently scheduled for March 22, 2005 at 3:00 p.m.). As grounds, a potential witness for the defendant is unavailable on March 22, and undersigned counsel was not aware of her unavailability when the present date was chosen.

Defendant assents to the exclusion of time from the Speedy Trial calculation for any delay caused by the continuance requested herein.

Assistant United States Attorney William Connolly assents to this motion, and notes that he is unavailable April 8 - April 26, 2005.

                                          WILLIAM CABAN
                                          By his attorney,

                                          /s/ J. Martin Richey
                                          J. Martin Richey
                                            BBO# 559902
                                          Federal Defender Office
                                          408 Atlantic Ave., 3rd Floor
                                          Boston, MA  02210
                                          Tel: 617-223-8061

March 21, 2005