UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10357-NG |
| | ) | |
| WILLIAM CABAN | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO
CONTINUE HEARING ON MOTION TO SUPPRESS

    Defendant, with the assent of the government, respectfully moves this Court to continue the hearing on his Motion to Suppress (presently scheduled for June 1, 2005). As grounds, undersigned counsel will be attending the national Federal Defender conference in San Antonio, Texas, from May 31 through June 3, 2005.

    Defendant assents to the exclusion of time from the Speedy Trial calculation for any delay caused by the continuance requested herein.

    Assistant United States Attorney William Connolly assents to this motion.

                                       WILLIAM CABAN
                                       By his attorney,

                                       /s/ J. Martin Richey
                                       J. Martin Richey
                                         BBO# 559902
                                       Federal Defender Office
                                       408 Atlantic Ave., 3rd Floor
                                       Boston, MA  02210
                                       Tel: 617-223-8061

May 26, 2005