UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 03-10357-NG |
| ) | |
| WILLIAM CABAN ) | |

DEFENDANT'S MOTION FOR HEARING
PURSUANT TO Fed.R.Crim.P. 11

Defendant, William Caban, respectfully moves this Court to schedule a Rule 11 hearing in this matter.

```
                              WILLIAM CABAN
                              By his attorney,


                              /s/J. Martin Richey
                              J. Martin Richey
                                BBO# 559902
                              Federal Defender Office
                              408 Atlantic Ave., 3rd Floor
                              Boston, MA  02210
                              Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I, J. Martin Richey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 13, 2006.

```
                              /s/ J. Martin Richey
                              J. Martin Richey
```