

# MEMORANDUM

**To:** Honorable Nancy Gertner
U.S. District Judge

**From:** Jo Lyness
U.S. Probation Officer

**Re:** CABAN, William
Dkt. No. 03-10357-1

**Date:** April 10, 2006

William Caban pled guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18:922(g)(1); Possession with Intent to Distribute Controlled Substances, in violation of 21:841(a)(1); and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18:924(c). The case is scheduled for disposition on June 20, 2006. This office is requesting approval from the Court to obtain details regarding juvenile offenses pertaining to William Caban from Boston Juvenile Court (Suffolk County). This court has been contacted and would not release the information unless it was court ordered.

This office is, therefore, respectfully requesting that the Court sign the enclosed order and then return them to this office.