UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10357-NG |
| | ) | |
| WILLIAM CABAN | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO
CONTINUE SENTENCING HEARING

Defendant, with the assent of the government, respectfully moves this Court to continue his sentencing hearing, presently scheduled for June 20, 2006.

As grounds for this motion, undersigned counsel is conducting further investigation concerning defendant's background, and will need the additional time requested herein to complete that investigation. Counsel expects said investigation to provide material relevant to this Court's sentencing consideration under 18 U.S.C. § 3553(a).

Assistant United States Attorney William Connolly assents to this motion.

WILLIAM CABAN
By his attorney,

/s/ J. Martin Richey
J. Martin Richey
  BBO# 559902
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02210
Tel: 617-223-8061