IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM CABAN | No. 03-CR-10357 (NG) |

## NOTICE OF APPEARANCE

Assistant Federal Public Defender William W. Fick hereby files his appearance on behalf of defendant William Caban.

     /s/ William W. Fick
William W. Fick, Esq.
BBO# 650562
FEDERAL DEFENDER OFFICE
408 Atlantic Ave., 3d Floor
Boston, MA 02110
617-223-8061
WILLIAM_FICK@FD.ORG

Dated: July 5, 2006