IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM CABAN | No. 03-CR-10357 (NG) |

## ASSENTED-TO MOTION TO CONTINUE SENTENCING

Defendant William Caban, with the assent of the government, respectfully requests that his sentencing, currently scheduled for September 11, 2006, be continued to a date at the Court's convenience in early October.

WHEREFORE, defendant's motion to continue sentencing should be granted.

Respectfully submitted,

WILLIAM CABAN
By his attorney

/s/ William W. Fick
William W. Fick, Esq.
BBO# 650562
FEDERAL DEFENDER OFFICE
408 Atlantic Ave., 3d Floor
Boston, MA 02110
617-223-8061
WILLIAM_FICK@FD.ORG

Dated: September 6, 2006

### Certificate of Service

I, William W. Fick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 6, 2006.