IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM CABAN | No. 03-CR-10357 (NG) |

**ASSENTED-TO MOTION TO RESET SENTENCING DATE**

Defendant William Caban, with the assent of the government, respectfully requests that his sentencing, currently scheduled for November 6, 2006, be reset to a date at the Court's convenience either in the second half of October or the second half of November. As grounds therefor, undersigned counsel states that he will be attending a Federal Defender training conference at the Federal Judicial Center from November 6-10, 2006, and also will be unavailable on November 3, 2006.

WHEREFORE, defendant's motion to reset sentencing date should be granted.

Respectfully submitted,

WILLIAM CABAN
By his attorney

 /s/ William W. Fick
William W. Fick, Esq.
BBO# 650562
FEDERAL DEFENDER OFFICE
408 Atlantic Ave., 3d Floor
Boston, MA 02110
617-223-8061
Dated: September 13, 2006                    WILLIAM_FICK@FD.ORG

## Certificate of Service

      I, William W. Fick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 13, 2006.