IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM CABAN | No. 03-CR-10357 (NG) |

### MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL

Defendant respectfully moves that he be permitted to file his Sentencing Memorandum, submitted herewith, under seal, and that the document remain impounded until further order of the Court. As grounds therefor, defendant states that the document contains personal information that is not appropriate for public disclosure.

Respectfully submitted,
WILLIAM CABAN
By his attorney

_____
William W. Fick, Esq.
BBO# 650562
FEDERAL DEFENDER OFFICE
408 Atlantic Ave., 3d Floor
Boston, MA 02110
617-223-8061
WILLIAM_FICK@FD.ORG

Dated: December 4, 2006

### Certificate of Service

I, William W. Fick, hereby certify that on this 4th day of December 2006 I cased a true copy of this memorandum and attachments to be served by hand delivery and by e-mail PDF upon AUSA William Connolly and USPO Gregory Wollaston.

_____