SUSVSC~1.txt

                              1

```
 1                    UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF MASSACHUSETTS
 3
 4
 5      UNITED STATES       )   CR. NO. 03-10357-NG
 6      VS.                 )   COURTROOM NO. 2
 7      WILLIAM CABAN       )   ONE COURTHOUSE WAY
 8                              BOSTON, MA   02210
 9
10
11                          FINDINGS OF FACT
12                          DECEMBER 7, 2006
13                             3:25 P.M.
14
15
16
17
18              BEFORE THE HONORABLE NANCY GERTNER
19              UNITED STATES DISTRICT COURT JUDGE
20
21
22
23
24                        VALERIE A. O'HARA
25                       OFFICIAL COURT REPORTER
```

SUSVSC~1.txt

2

```
1    A P P E A R A N C E S:

2         United States Attorney's Office, by WILLIAM H.
     CONNOLLY, ASSISTANT UNITED STATES ATTORNEY, One Courthouse
3    Way, Suite 9200, Boston, Massachusetts  02210, for the
     United States;
4
          Federal Defender's Office, by WILLIAM W. FICK, ESQ.,
5    408 Atlantic Avenue, Boston, Massachusetts  02210; for the
     Defendant.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SUSVSC~1.txt

3

```
 1                    FINDINGS OF FACT
 2           THE COURT:  Mr. Caban, would you please stand.
 3   I'm going to sentence you to one day on Counts 1 and 2 and
 4   60 months on Count 3.  The Count 3 has to be consecutive to
 5   Counts 1 and 2.  I'll make a recommendation that you
 6   participate in the 500-hour residential drug abuse program.
 7   You may or may not be able to do that because of the
 8   remaining amount of time under sentence, but that would be
 9   my recommendation.  You will participate in a mental health
10   treatment program to address gambling issues and other
11   mental health issues and you get a G.E.D. while you're in
12   prison.  Upon your release from imprisonment, you're to be
13   placed on supervised release for three years concurrent.
14           PROBATION OFFICER:  Three years concurrent on each
15   count.
16           THE COURT:  When you're released from prison,
17   you're to go to the district into which you've been released
18   and report there immediately.  It could be someplace not in
19   Massachusetts, you have to go to the district that they
20   release you to.  No fines since you have no ability to pay.
21   When you're out, you will be on supervised release which
22   means that I'll be watching you, which means in a sense you
23   have all the services of the Federal Government available to
24   you.
25           You really sound like for someone this could be
```

SUSVSC~1.txt

4

```
 1    the last time, right, not everyone walks in with a family
 2    like this and a record that is right on the tipping point
 3    where you could either shake off this, these problems or you
 4    could wind up in jail for the rest of your life, as I say,
 5    on an installment plan.
 6              While you're on supervised release, you're not to
 7    commit another federal, local or state crime.  Refrain from
 8    the unlawful use of a controlled substance.  You'll be
 9    tested, at least two periodic drug tests not to exceed 104
10    per year.  I will not impose DNA testing until that issue is
11    resolved by the First Circuit.  You're to comply with the
12    standard conditions, in addition, you're prohibited from
13    possessing a firearm or other dangerous weapon.  Once you're
14    in the federal system, you get in trouble again,
15    particularly with a firearm, you're away for a long time.
16              While you're on supervised release, again, you're
17    to participate in substance abuse counseling which could
18    include testing and to participate in a mental health
19    treatment program.  You may be required to contribute to the
20    costs of treatment based on your ability to pay or
21    third-party payment.  You are to pay a special assessment of
22    $300, which is due immediately.  You have a right to appeal,
23    and your lawyer will tell you what that consists of.  As I
24    said, this is a wake-up call, and you've got a whole lot of
25    reasons to change your life.  Thank you.
```